

08/11/2017 GRANTED. THE DEADLINE FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION TO FILE A PROOF OF CLAIM IS HEREBY EXTENDED TO SEPTEMBER 11, 2017.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

In re
Dean Johnson,
Debtor

Case No. 17-40605-CJP
Chapter 13

## **MOTION TO EXTEND TIME TO FILE PROOF OF CLAIM**

Now comes Federal National Mortgage Association, who respectfully requests a thirty (30) day extension to file its Proof of Claim regarding its secured claim.  In support of its Motion, Federal National Mortgage Association, states as follows:

1. Federal National Mortgage Association holds a first mortgage on the debtor's property located at 30 Garnet Street, Fitchburg, MA 01420.

2. Federal National Mortgage Association is currently drafting its Proof of Claim for filing.  The current Proof of Claim bar date is August 10, 2017.

3. Pursuant to Massachusetts Local Bankruptcy Rule 13-13(b), the deadline may be extended by thirty (30) days on a creditor's motion.

WHEREFORE, Federal National Mortgage Association requests a thirty (30) day extension to file its Proof of Claim.

    Respectfully submitted,
    Federal National Mortgage Association,
    By its attorney,
    /s/Richard T. Mulligan

    Richard T. Mulligan, Esquire
    BBO# 567602
    HARMON LAW OFFICES, P.C.
    150 California Street
    Newton, MA 02458
    617-558-0500
Dated:  August 10, 2017    mabk@harmonlaw.com